**DISMISS and Opinion Filed September 6, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-24-00528-CV**

**IN THE INTEREST OF H.A.F., F.A.F., MT.A.F., CHILDREN**

**On Appeal from the 468th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 468-51752-2020**

## MEMORANDUM OPINION

Before Justices Molberg, Breedlove, and Kennedy
Opinion by Justice Breedlove

On August 7, 2024, we sent a letter to the parties questioning our jurisdiction and requested jurisdictional briefing by August 19, 2024. In our letter, we warned appellant that the appeal was subject to dismissal without further notice should he fail to file the requested letter brief. To date, appellant has not filed the requested letter brief. Accordingly, we dismiss the appeal. *See* TEX. R. APP. P.42.3(b), (c).

/Maricela Breedlove/

240528f.p05                                              MARICELA BREEDLOVE
                                                         JUSTICE



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

IN THE INTEREST OF H.A.F., F.A.F., MT.A.F., CHILDREN

No. 05-24-00528-CV

On Appeal from the 468th Judicial District Court, Collin County, Texas Trial Court Cause No. 468-51752-2020.
Opinion delivered by Justice Breedlove. Justices Molberg and Kennedy participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

Judgment entered this 6th day of September, 2024.